John Marion HART, Appellant, v. UNITED STATES of America, Appellee.

No. 10468.

Circuit Court of Appeals, Sixth Circuit.

Oct. 20, 1947.

John M. Hart, in pro. per., for appellant.

Ray J. O'Donnell, of Cincinnati, Ohio, for appellee.

Before HICKS, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and argument of counsel for appellee, and it appearing to the court that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgment appealed from, entered in the District Court on April 3, 1947, be and the same is in all things affirmed.